### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

STEVEN CATHEY, Individually and            )
on behalf of the Heirs at law of           )
HOLLI R. CATHEY, deceased,                 )
                                           )
         Plaintiffs,                )
                                           )
v.                                         )     Case No. 07-2414 JWL-DJW
                                           )
INTERNATIONAL TRUCK & ENGINE )
CORPORATION, et al.,                       )
                                           )
         Defendants.                )

## ORDER

Now on this 16th day of June, 2008, the above-captioned matter comes before the Court on Defendant Navistar, Inc.'s Consent Motion for Extension of Time to File Motion to Compel (doc. 105). After being duly advised in the premises, finding good cause and the consent of plaintiffs' counsel, the Court finds that the motion should be granted.

**IT IS THEREFORE ORDERED** that defendant Navistar, Inc. f/k/a International Truck and Engine Corporation shall be granted an extension of time, to and including July 9, 2008, in which to file any motion to compel in connection with plaintiffs' responses to:

(1)     Defendant Navistar, Inc.'s Opening Requests for Admissions to Plaintiff Steven Cathey,

(2)     Defendant Navistar, Inc.'s Opening Requests for Production of Documents and Tangible Things to Plaintiff Steven Cathey, and

(3) Defendant Navistar, Inc.'s Opening Interrogatories to Plaintiff Steven Cathey.

**IT IS SO ORDERED**.

Dated in Kansas City, Kansas on this 16th day of June 2008.

s/ David J. Waxse
David J. Waxse
U.S. Magistrate Judge

cc: All counsel and *pro se* parties

Submitted by:

BAKER STERCHI COWDEN & RICE, L.L.C.

  s/ David A. Brose
James T. Seigfried, Jr.          KS Fed #70048
David A. Brose                   KS #21824
Crown Center
2400 Pershing Road, Suite 500
Kansas City, MO  64108-2504
Telephone:  (816) 471-2121
Facsimile:  (816) 472-0288
E-mail:  seigfreid@bscr-law.com
         brose@bscr-law.com

**ATTORNEYS FOR DEFENDANT
NAVISTAR, INC., FORMERLY KNOWN AS
INTERNATIONAL TRUCK AND
ENGINE CORPORATION**